**UNITED STATES of America, Plaintiff–Appellee**

v.

**Manuel ESCAMILLA, Defendant–Appellant.**

**No. 14–10322 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 24, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, Errin Blythe Martin, Assistant

U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Alexander Lee Calhoun, Austin, TX, for Defendant–Appellant.

Before DAVIS, ELROD, and COSTA, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Manuel Escamilla has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Escamilla has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.